IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Philip Andra Grigsby,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Acting Warden D. Colbert,<br><br>　　　　Respondent. | No. CV 21-266-TUC-JAS (LCK)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Kimmins. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Kimmins' recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Kimmins' Report and Recommendation (Doc. 47) is accepted and adopted.

(2) Respondent's Motion to Dismiss (Doc. 40) is granted in part, and denied in part; the motion to dismiss is denied to the extent the Court grants relief on Claim 1 of the Petition to

1  the extent it seeks restoration of Petitioner's 41 days of Good Conduct Time (lost as a
2  sanction pursuant to IR 3308868), but the motion to dismiss is granted to the extent the
3  remainder of Claim 1, and the entirety of Claims 2 and 4 are dismissed. Respondent shall
4  either timely restore Petitioner's 41 days of GCT or conduct a new disciplinary hearing if
5  BOP possesses evidence to support a finding that Petitioner committed the prohibited act of
6  Use of the Mail for an Illegal Purpose.
7  (3) The Clerk of the Court shall enter judgment, terminate all pending motions, and close the
8  file in this case.

Dated this 25th day of July, 2022.

_____
Honorable James A. Soto
United States District Judge